UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP SULLIVAN, JR., on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> SPIRAL SPINE, INC., <br><br> Defendant. | Case No.: 18-cv-7535 <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, SPIRAL SPINE, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:
By: _____
Kathryn Walker, Esq.
Bass, Berry & Sims PLC
150 Third Ave South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-7855
kwalker@bassberry.com

Date: 12/26/2018

SO ORDERED
_____
U.S.D.J.   1/7/19

For the Plaintiff:
By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 12-27-18